THE STATE OF OHIO, APPELLANT, *v.* CAULLEY, APPELLEE.

[Cite as *State v. Caulley,* 136 Ohio St.3d 325, 2013-Ohio-3673.]

(No. 2012–1974—Submitted August 21, 2013—Decided September 5, 2013.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Forrest,* 136 Ohio St.3d 134, 2013-Ohio-2409, 991 N.E.2d 1124.

O'CONNOR, C.J., and PFEIFER, LANZINGER, FRENCH, and O'NEILL, JJ., concur.

O'DONNELL and KENNEDY, JJ., dissent.

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellant.

Timothy Young, Ohio Public Defender, and Kimberly S. Rigby, Assistant Public Defender, for appellee.